JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVECKE CORPORATION, | ) Case No. 5:19-cv-01078-DDP (SHKx) |
| Plaintiff, | ) |
| vs. | ) **ORDER RE STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| TEAMSTERS LOCAL 630, | ) |
| Defendant. | ) |
| TEAMSTERS LOCAL 630, | ) |
| Cross-Petitioner, | ) |
| vs. | ) |
| LEVECKE CORPORATION, | ) |
| Cross-Respondent. | ) |

# ORDER

After reviewing the Parties' Stipulation to Dismiss Entire Action with Prejudice, good cause appearing, **IT IS HEREBY ORDERED THAT:**

1. The above-captioned matter is dismissed in its entirety. In particular:

    a. Plaintiff/Cross-Respondent LeVecke Corporation's Complaint and Petition to Vacate Arbitrator's Decision is DISMISSED with prejudice as settled; and

    b. Defendant/Cross-Petitioner Teamsters Local 630's Cross-Petition to Confirm Arbitration Award is DISMISSED with prejudice as settled.

2. Each party shall bear its own costs and fees.

**IT IS SO ORDERED.**

DATED: 9-27-2019

_____
Dean D. Pregerson
United States District Judge

**ORDER RE STIPULATION TO DISMISS
ENTIRE ACTION WITH PREJUDICE**